IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT, | No. C07-80258 MJJ |
| Plaintiff, | **ORDER** |
| v. | |
| SAN FRANCISCO BOARD OF SUPERVISORS, | |
| Defendant. | |

On February 14, 2006, the Court issued an order in Case No. C04-600 MHP subjecting plaintiff to pre-filing review.

On November 8, 2007, plaintiff attempted to file a document he titles as a "Complaint", as well as an Application To Proceed In Forma Pauperis. The Court has reviewed the purported complaint, which is difficult to comprehend but appears to allege a conspiracy to deprive tenants of single residency hotels in San Francisco of unspecified constitutional rights. However, the complaint fails to state a cause of action against the defendant.

Accordingly, the Court **DENIES** Plaintiff permission to file the purported complaint or the Application To Proceed In Forma Pauperis received on November 8, 2007. The denial of leave to proceed is without prejudice to plaintiff submitting a complaint that provides a detailed legal and factual basis for his contentions.

**IT IS SO ORDERED.**

Dated: December 12, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE