IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT, | No. C07-80258 MJJ |
| Plaintiff, | **ORDER** |
| v. | |
| SAN FRANCISCO BOARD OF SUPERVISORS, | |
| Defendant. | |

On February 14, 2006, the Court issued an order in Case No C04-600 MHP subjecting Plaintiff to pre-filing review.

On November 8, 2007, Plaintiff attempted to file a document he titled as a "Complaint." On December 12, 2007, the Court issued an order denying Plaintiff permission to file the purported complaint because it failed to state a cause of action against the defendants. (Docket No. 1.)

On December 21, 2007, Plaintiff attempted to file a document he titled as an "Amended Complaint." The Court has reviewed the purported Amended Complaint. The Amended Complaint appears to allege that the defendants have deprived certain of its tenants of constitutional rights. However, the Amended Complaint fails to allege any facts that pertain to a denial of Plaintiff's constitutional rights, and fails to allege any facts that would confer standing upon Plaintiff to sue.

Accordingly, the Court **DENIES** Plaintiff permission to file the purported Amended Complaint. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

Dated: 1/10/08

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE